UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANKLIN EZEQUIEL SALGADO BUSTOS,

    Petitioner,                                                    No. 25-13202

v.                                                            Honorable Nancy G. Edmunds

KEVIN RAYCRAFT, Immigration and
Customs Enforcement, Detroit Field Office,
Director of Enforcement and Removal
Operations; U.S. DEPARTMENT OF
HOMELAND SECURITY; KRISTI
NOEM, Secretary, U.S. Department of
Homeland Security; PAMELA BONDI,
U.S. Attorney General,

    Respondents.
_____/

## JUDGMENT

In accordance with the Court's opinion and order entered October 29, 2025 granting Petitioner a writ of habeas corpus,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment enter in favor of Petitioner, and this case is CLOSED.

    SO ORDERED.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: February 3, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 3, 2026, by electronic and/or ordinary mail.

                                              s/Marlena Williams
                                              Case Manager